## INDIAN TERRITORY ILLUMINATING OIL CO. v. BOARD OF EQUAL. OF OKLAHOMA COUNTY.

No. 22602. Opinion Filed Feb. 7, 1933.

W. P. McGinnis and Archibald Bonds, for plaintiff in error.

Lewis Morris, Co. Atty., and B. C. Logsdon, Asst. Co. Atty., for defendant in error.

PER CURIAM. On confession of error of the defendant in error, and under the authority of the decision of this court in C. D. Coggeshall & Co. v. Smiley, Co. Treas., 142 Okla. 8, 285 P. 48, and other decisions to the same effect, the judgment of the trial court is reversed and the cause is remanded to that court, with directions to grant the plaintiff in error a new trial.